

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | PHILIP G. REINHARD | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 2002 C 50317 | **DATE** | 10/11/2002 |
| **CASE TITLE** | Thomas Powers (IDOC #N-91486) v. Jeff Andrews, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____ .

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .

(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(7) ☐ Trial[set for/re-set for] on _____ at _____ .

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  For the reasons stated on the reverse Memorandum Opinion and Order, plaintiff's motions for leave to file in forma pauperis [3-1, 7-1] are granted. The court orders the trust fund officer at plaintiff's current place of incarceration to deduct $9.98 from plaintiff's account for payment to the clerk of court as an initial partial filing fee and make further deductions and payments as set forth herein. The clerk shall send a copy of this order to the trust fund officer at Hill Correctional Center. This action is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

(11) X [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | OCT 15 2002 | 9 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| ✓ | Mail AO 450 form. | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 10-11-02 date mailed notice | |
| KS courtroom deputy's initials | | Date/time received in central Clerk's Office | mailing deputy initials |

2002 OCT 11 PM 2:41

FILED-WD

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Thomas Powers

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 02 C 50317

Jeff Andrews, et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motions for leave to file in forma pauperis [3-1, 7-1] are granted. The court orders the trust fund officer at plaintiff's current place of incarceration to deduct $9.98 from plaintiff's account for payment to the clerk of court as an initial partial filing fee and make further deductions and payments as set forth in the October 11, 2002 minute order. The clerk shall send a copy of this order to the trust fund officer at Hill Correctional Center. This action is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

FILED
2002 OCT 11 PH 2:41
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 10/11/2002

Susan M. Wessman, Deputy Clerk